In the United States District Court
For the Eastern District of Texas
Tyler Division

Plaintiff: Benjamin Leon Blue
TDCJ# 1176709
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony Texas 75886

6:16CV1032 RWS/KNM

V.

Defendant: Christopher A. Holman
2664 FM 2054
Tennessee Colony Texas 75886

Defendant: Quantavious A. Redding
PO Box 48, Sub St. 1
Galveston Texas 77555

Date: 7-15-2016

## Complaint

The above named Defendants committed the following criminal acts that has put my life in danger.

1. Conspiracy To Commit Murder
2. Intentionally Causing Serious Bodily Injury
3. Tampering with a Witness, Victim or Informant

## Statement

While incarcerated on the Darrington Unit on 5-31-2015 I got into a physical confrontation with my cellie in which case I had to inquire medical attention at a local hospital near the Darrington Unit. During medical examination of my head wound inflammation of membranes covering the base of my brain along with scare tissue was discovered. Farther examination of my lungs, kidneys and liver revealed inflammation and scarring in those areas as well. A blood test and a biopsy was also taken. Due to the severe medical condition I was in the local hospital Doctor requested that I be taken to the University of Texas Medical Branch to receive extensive medical care.

On 6-1-2015 I was transferred to the University of Texas Medical Branch where the process of determining the advanced stage of which the disease Sarcoidosis has advanced. Multiple medical procedures such as brain surgery, spinal taps and biopsys where taken which was unnecessary.

On 7-8-2015 I was discharged from the University of Texas Medical Branch in Galveston Texas.

On 7-9-2015 I was assigned to the Mark W. Michael Unit in which case I arrived on the Mark W. Michael Unit on 7-10-2015 between 12:30 AM and 1:30 AM. I was processed through the Mark W. Michael Unit Hospice where I was attacked and brutally beaten by Captain Christopher A. Holman and Sergeant Quantavious A. Redding in their official capacity as Texas Department of Criminal Justice Correctional officers.

## Additional Information

While receiving medical treatment at the University of Texas Medical Branch in Galveston Texas on 6-1-2015 through 7-8-2015, Due to medical symptoms I was having I realized that I been showing signs of lesions, rashes and scars in which case a biopsy was taken during my incarceration on Gib Lewis Unit. I've come to realize that the University of Texas Medical Branch staff has been neglecting me medical attention while incarcerated on Gib Lewis Unit, Michael Unit, Larry Gist Unit, Jester III Unit and Wynne Unit.

I'm requesting due to the nature and seriousness of these crimes as well as the physical and mental pain and suffering that I have and still is going through I'm requesting Christopher A. Holman and Quantavious A. Redding be fined $20,000.00 and imprisoned due to the nature and seriousness of these crimes.

I Benjamin Leon Blue declare under penalty of perjury all facts presented in this complaint thereto are true and correct.

Signed on the 15 day of July 2016

Benjamin Leon Blue

Benjamin Leon Silver #1176709
Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

United States District Clerk's Office
211 W Ferguson St.
Tyler, Texas 75702